No. 1,237.

## Vance *v*. The State, for Use.

From the Blackford Circuit Court.

*J. N. Templar, R. S. Gregory* and *A. C. Silverburg,* for appellant.
*W. H. Carroll, G. Dean, B. G. Shinn* and *E. Pierce,* for appellee.

Per Curiam.—Upon the authority of *Wilson* v. *State, ex rel.,* 9 Ind. App. 696, the judgment in this case is affirmed.

Filed Feb. 15, 1894.

No. 1,243.

## Janagin *v*. The State, for Use.

From the Blackford Circuit Court.

*J. N. Templar, R. S. Gregory* and *A. C. Silverburg,* for appellant.
*W. H. Carroll, G. Dean, B. G. Shinn* and *E. Pierce,* for appellee.

Per Curiam.—Upon the authority of *Wilson* v. *State, ex rel.* 9 Ind. App. 696, the judgment in this cause is affirmed.

Filed Feb. 15, 1894.

No. 1,245.

## Shrack *v*. The State, for Use.

From the Blackford Circuit Court.

*R. S. Gregory, A. C. Silverburg* and *J. N. Templar,* for appellant.
*W. H. Carroll, G. Dean, B. G. Shinn* and *E. Pierce,* for appellee.

Per Curiam.—Upon the authority of *Wilson* v. *State, ex rel.,* 9 Ind. App. 696, the judgment in this cause is affirmed.

Filed Feb. 15, 1894.